IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS DEWAYNE COLEMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NICHOLAS HALL, *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 2:20-CV-323-WKW <br> [WO] |

# **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 48) to which Plaintiff has filed no objections. Based upon an independent review of the record, 28 U.S.C. § 636(b), the court finds that the Recommendation should be adopted. Accordingly, it is ORDERED as follows:

(1) The Recommendation (Doc. # 48) is ADOPTED.

(2) Defendants' special report (Doc. # 25), which the court construes as a motion for summary judgment, is GRANTED.

(3) This action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 11th day of September, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE